**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**Case No.: 0:24-cv-61478-MD**

GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY and GEICO CASUALTY
CO.,

      Plaintiffs,

vs.

NEXT MEDICAL FLORIDA, L.L.C., PATRICK ST.
GERMAIN, D.C., ASSOCIATESMD BILLING AND
MANAGEMENT LLC, and RUNDEEP GADH, D.O.,

      Defendants.

_____/

**<u>JOINT NOTICE OF SETTLEMENT</u>**

Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General

Insurance Company, and GEICO Casualty Co. ("Plaintiffs"), and Defendants Next Medical

Florida, L.L.C. and Patrick St. Germain, D.C. (collectively, the "Settling Defendants" and with

Plaintiffs, the "Settling Parties") pursuant to Local Rule 16.4, inform the Court that they have

reached a settlement that will resolve all of Plaintiffs' claims against the Settling Defendants in

this case.

The Settling Parties are presently preparing formal settlement documents and will file a

stipulation of dismissal upon satisfaction of certain conditions of the settlement. The Settling

Parties anticipate filing a stipulation of dismissal within sixty (60) days.

Respectfully submitted,

| | |
|---|---|
| */s/Max Gershenoff* | */s/Timothy Kolaya* |
| Max Gershenoff (FBN 1038855) | Timothy Andrew Kolaya (FBN 056140) |
| John P. Marino (FBN 814539) | Stumphauzer Kolaya Nadler & Sloman, PLLC |
| Lindsey R. Trowell (FBN 678783) | |
| Kristen Wenger (FBN 92136) | 2 S. Biscayne Boulevard, Suite 1600 |
| Yonatan Meir Bernstein (FBN 1035899) | Miami, Florida 33131 |
| RIVKIN RADLER, LLP | Phone: (305) 614-1400 |
| 1301 Riverplace Blvd. | Facsimile: (305) 614-1425 |
| Suite 1000 | tkolaya@sknlaw.com |
| Jacksonville, FL 32207 | |
| Phone:  (904) 791-8948 | *Attorney for Defendants* |
| Facsimile:  (904) 598-6255 | *Next Medical Florida,* |
| Max.gershenoff@rivkin.com | *L.L.C. and Patrick St.* |
| John.marino@rivkin.com | *Germain, D.C.* |
| Kristen,wenger@rivkin.com | |
| Lindsey.Trowell@rivkin.com | |
| Yonatan.Bernstein@rivkin.com | |

*Attorneys for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on November 12, 2024 the foregoing document is being served on the counsel of record on the attached Service List, either by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing through the CM/ECF system.

*/s/ Max Gershenoff*
Attorney