UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-61478-DAMIAN

GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY and GEICO CASUALTY CO.

    Plaintiffs,
vs.

NEXT MEDICAL FLORIDA, LLC, PATRICK ST.
GERMAIN, D.C., ASSOCIATESMD BILLING AND
MANAGEMENT, LLC, and RUNDEEP GADH, D.O.,

    Defendants.
_____/

## SECOND JOINT STATUS REPORT AND NOTICE OF SETTLEMENT

    Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. ("Plaintiffs), and Defendants AssociatesMD Billing and Management, LLC, and Rundeep Gadh, D.O. (collectively, the "Remaining Defendants"[1] and with Plaintiffs, the "Settling Parties"), pursuant to this Court's Order on Joint Status Report (ECF No. 22) and Order on Joint Notice of Settlement (ECF No. 24), and Local Rule 16.4, inform the Court that they have reached a settlement in principle that resolves all of Plaintiff's claims against the Remaining Defendants in this case.

    The Settling Parties are presently in the process of executing formal settlement documents and will file a stipulation of dismissal upon satisfaction of certain conditions of the settlement. The Settling Parties anticipate filing a stipulation of dismissal within sixty (60) days.

[Continued on the following page.]

---

[1]     Plaintiffs and Defendants Next Medical Florida, LLC and Patrick St. Germain, D.C., previously notified the Court of their settlement (ECF No. 23).

Respectfully submitted,

| | |
|---|---|
| */s/ Mac S. Phillips* | */s/ Max Gershenoff* |
| Mac S. Phillips | Max Gershenoff |
| Florida Bar No. 195412 | Florida Bar No. 1038855 |
| PHILLIPS TADROS, P.A. | RIVKIN RADLER, LLP |
| 12 S.E. 7th St., Ste. 803 | 1301 Riverplace Blvd., Ste. 1000 |
| Fort Lauderdale, FL 33301 | Jacksonville, FL 32207 |
| t. 954.642.8885; f. 954.252.4621 | t. 904.791.8948; f. 904.598.6255 |
| mphillips@phillipstadros.com | max.gershenoff@rivkin.com |
| | |
| *Attorneys for Defendants AssociatesMD Billing and Management, LLC and Rundeep Gadh, D.O.* | *Attorneys for Plaintiffs* |