UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-cv-61478-DAMIAN

**GOVERNMENT EMPLOYEES INSURANCE CO.**, *et al.*,

    Plaintiffs,

v.

**NEXT MEDICAL FLORIDA, L.L.C.**, *et al.*,

    Defendants.
_____/

## ORDER ON JOINT STIPULATIONS OF DISMISSAL

**THIS CAUSE** came before the Court upon the parties' Joint Stipulations, filed January 8, 2025 [ECF Nos. 27 and 28] (the "Stipulations"). Rule 41(a)(1)(A)(ii) provides that the parties may dismiss an action voluntarily upon the filing of a stipulation of dismissal signed by all parties who have appeared. Here, the parties have submitted Joint Stipulations which, together, include signatures of all parties who have appeared and address the claims asserted in this lawsuit by and against all parties who have appeared. The Stipulations specify that the dismissals are with prejudice. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE** as to all claims against all Defendants. The Clerk of Court is directed to **CLOSE** this case, and any pending Motions shall be **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 9th day of January 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**